BTXN 226 (rev. 05/26)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | | |
|---|---|---|---|
| In Re: | | § | |
| Joseph Henry Horan | | § | |
| | | § | Case No.: 26−41949−mxm7 |
| | Debtor(s) | § | Chapter No.: 7 |
| Joseph Henry Horan | | § | |
| | Plaintiff(s) | § | Adversary No.: 26−04085−mxm |
| vs. | | § | |
| United States Department of Education | et al. | § | |
| | Defendant(s) | § | |

# CLERK'S CERTIFICATE OF MAILING

I hereby certify that on August 3, 2026, a true and correct copy of the Scheduling order setting deadlines, Summons issued and WebEx Instructions, appearing at docket entry ECF 2, 3, 4, was sent by USPS First Class Mail to the following:

Joseph Henry Horan
5659 Vega Drive
Fort Worth, TX 76133

DATED: 8/3/26

FOR THE COURT:
Stephen J Manz, Clerk of Court

by: /s/Jennifer Speer, Deputy Clerk